UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company; and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRISON GUNWORKS LLC, an Idaho limited liability company; and TYLER HARRISON, an individual,<br><br>    Defendants. | Case No. 4:25-cv-00299-AKB<br><br>**SCHEDULING ORDER**<br>**TRACK: (Standard)** |

The parties submitted stipulated litigation and discovery plans (Dkts. 18, 20). The Court finds the stipulated proposals acceptable. Accordingly, the telephonic scheduling conference set for September 26, 2025 is **VACATED**. To further the just, speedy, and inexpensive determination of this matter,

**IT IS HEREBY ORDERED** that the following deadlines and procedures will govern this litigation:

1. <u>Dispositive Motion Deadline</u>: All dispositive motions and motions for punitive damages, must be filed by **May 29, 2026**.[1]

---

[1] It is this Court's policy to accept only one (1) motion to dismiss and one (1) summary judgment motion per party. If it appears, due to the complexity or numerosity of issues presented, that counsel is unable to address all issues within the twenty (20) page limit for briefs, Dist. Idaho Loc. R. 7.1(b)(1), then it is appropriate to file a motion for permission to file an overlength brief, rather than filing separate motions for each issue. The Court prefers reviewing one overlength brief in support, one overlength brief in response, and one ten (10) page reply brief, if any, rather than the panoply of briefs that are generated when multiple motions are filed.

**SCHEDULING ORDER - 1**

2. <u>Amendment of Pleadings and Joinder of Parties</u>: Motions to amend the pleadings, except for allegations of punitive damages, and motions to join parties must be filed on or before **December 3, 2025**. This deadline will only be extended for good cause shown.[2]

3. <u>Alternative Dispute Resolution</u>: The parties have chosen to participate in mediation. ADR must be held by **July 10, 2026**. The parties must contact the Court to provide notice of whether mediation was successful.

4. <u>Discovery Plan</u>: All discovery must be in accordance with the Federal Rules of Civil Procedure, the Local Rules for the District of Idaho, and any stipulations in the parties' joint discovery plan, which are incorporated herein by reference.

5. <u>Clawback</u>: Pursuant to Fed. R. Evid. 502(d), it is hereby ORDERED that production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or work-product protection in this case or in any other federal or state proceeding.

6. <u>Completion of Fact Discovery</u>: All fact discovery must be completed by **May 14, 2026**. This deadline is for the **completion** of all fact discovery; it is not a deadline for propounding discovery requests. Discovery requests must be made far enough in advance of this deadline to allow completion of the discovery by the deadline date.

7. <u>Disclosure of Experts</u>:

    a. **Plaintiff** must disclose the experts intended to be called at trial on or before **March 16, 2026**.

---

[2] The Ninth Circuit has held that motions to amend filed after the Scheduling Order deadline are governed, not by the liberal provisions of Fed. R. Civ. P. 15(a), but instead, by the more restrictive provisions of Fed. R. Civ. P. 16(b) requiring a showing of "good cause." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

**SCHEDULING ORDER - 2**

    b.    **Defendant** must disclose the experts intended to be called at trial on or before **April 14, 2026**.

    c.    **Plaintiff's** rebuttal experts must be identified on or before **April 28, 2026**.

    d.    **ALL** discovery relevant to experts must be completed by **May 14, 2026**.

8.    <u>Scheduling of Trial and Pretrial Conference</u>: Plaintiff's counsel must contact courtroom deputy, **Kimberly Tudela**, who can be reached at (208) 334-1473, within one week following the entry of a decision on all pending dispositive motions to arrange for a telephonic trial setting conference to set pretrial and trial deadlines. If no dispositive motion is filed, Plaintiff's counsel must immediately contact the courtroom deputy within one week of the dispositive motion filing deadline to set a telephonic trial setting conference.

9.    <u>Law Clerk</u>: The law clerk assigned to this case is Taylor Tugya, and she may be reached at (208) 334-9239 or Taylor_Tugya@id.uscourts.gov.

10.    <u>Discovery Disputes</u>:

    a.    I will **<u>not</u>** refer this case to a magistrate judge for resolution of discovery disputes and non-dispositive motions. I will keep these motions on my own docket.

    b.    The parties will strictly comply with the meet and confer requirements of <u>Local Rule 37.1</u> prior to filing any discovery motions.

    c.    Additionally, I will not entertain a written discovery motion until provided with an opportunity to informally mediate the parties' dispute. To facilitate that mediation, the attorneys shall first contact Taylor Tugya, the law clerk assigned to this case, and provide a brief written summary of the dispute and the parties' respective positions. The law clerk may be able to offer suggestions to resolve the dispute. If necessary, an off-the-record telephonic conference with me will then be scheduled

**SCHEDULING ORDER - 3**

as soon as possible. I will seek to resolve the dispute during that conference and may enter appropriate orders based on the conference. I will only authorize the filing of a discovery motion and written briefing if we are unable to resolve the dispute during the conference.

    d.    Prior to filing any discovery motions, counsel must certify, not only that they have complied with Local Rule 37.1, but also that they have complied with the foregoing procedures.

11. The Court may conduct **telephonic status conferences** with the parties. The Court will set those status conferences in a separate notice.

12. <u>Calendaring Clerk</u>: Scheduling matters and calendar issues may be directed to **Kimberly Tudela**, who may be reached at (208) 334-1473.

13. <u>Docketing Clerk</u>: If you have a docketing question, please contact a docket clerk at (208) 334-1361.

DATED: September 12, 2025

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

**SCHEDULING ORDER - 4**